IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LEROY SUMLIN,<br><br>    Petitioner,<br><br>    v.<br><br>STATE OF GEORGIA, et al.,<br><br>    Respondent. | CIVIL ACTION FILE<br>NO. 1:06-CV-1628-TWT |

### ORDER

This is a pro se habeas corpus action. It is before the Court on the Report and Recommendation [Doc. 17] of the Magistrate Judge recommending granting the Respondent's Motion to Dismiss for Lack of Exhaustion [Doc. 7]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Respondent's Motion to Dismiss for Lack of Exhaustion [Doc. 7] is GRANTED.

SO ORDERED, this 9 day of August, 2007.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\06\Sumlin\06cv1628\r&r.wpd